UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:14-cr-00096-SEB-TAB |
| DANNY W. MAGGARD, | ) | -13 |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Magistrate Judge's Report and Recommendation that Danny W. Maggard's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court hereby approves and adopts the Report and Recommendation as the entry of the Court, and orders the imposition of a sentence of imprisonment of six (6) months to be served in the custody of the Attorney General or his designee, with no supervised release to follow. The court recommends that the Defendant be assigned to a Bureau of Prisons facility that can provide substance abuse treatment, and further recommends that his designation be expedited so that he can obtain the benefit of that treatment program.

SO ORDERED.

Date: 2/15/2017

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service